CLOSED, MDL, STAYED, TRANSFERRED

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (Houston)**
**CIVIL DOCKET FOR CASE #: 4:07-cv-02055**
**Internal Use Only**

Fox v. Davol, Inc. et al
Assigned to: Judge Gray H. Miller
Related Case Cases: 4:07-cv-02031
4:07-cv-02040
4:07-cv-02041
4:07-cv-02044
4:07-cv-02046
4:07-cv-02048
4:07-cv-02002
Case in other court: Kenneth M. Hoyt, 4:07-cv-02002
Cause: 28:1332 Diversity-(Citizenship)

Date Filed: 06/20/2007
Date Terminated: 09/06/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Gladys Mae Fox** represented by **David Willis Alexander**
Attorney at Law
1989 Kingston Cove
League City, TX 77573
832-372-2926
Fax: 281-538-6292
Email: dalexander@williamskherkher.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CLERK, U. S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
MICHAEL N. MILBY, CLERK
BY DEPUTY

V.

**Defendant**

**Davol, Inc.** represented by **D Mitchell McFarland**
Harrison Bettis et al
500 Dallas Street
Ste 2600
Houston, Tx 77002
713-843-7900
Fax: 713-843-7901
Email: mitch.mcfarland@harrisonbettis.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**C. R. Bard, Inc.** represented by **D Mitchell McFarland**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/20/2007 | 1 | COMPLAINT against all defendants (Filing fee $ 350 receipt number 2791032) filed by Gladys Mae Fox. (Attachments: # 1 Civil Cover Sheet Fox, Gladys Mae)(Alexander, David) (Entered: 06/20/2007) |
| 06/21/2007 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 10/24/2007 at 09:00 AM in Courtroom 9D before Judge Gray H. Miller.( Signed by Judge Gray H. Miller ) Parties notified.(smurdock, ) (Entered: 06/21/2007) |
| 06/22/2007 | | Summons Issued as to Davol, Inc., C. R. Bard, Inc., filed.(smurdock, ) (Entered: 06/22/2007) |
| 06/28/2007 | 3 | First CERTIFICATE OF INTERESTED PARTIES by Fox, Gladys Mae, filed.(Alexander, David) (Entered: 06/28/2007) |
| 07/05/2007 | 4 | RETURN of Service of SUMMONS Executed as to Davol, Inc. served on 6/29/2007, answer due 7/19/2007, filed.(pcrawford, ) (Entered: 07/06/2007) |
| 07/06/2007 | 5 | RETURN of Service of SUMMONS Executed as to C. R. Bard, Inc. served on 7/2/2007, answer due 7/23/2007, filed.(mmapps, ) (Entered: 07/06/2007) |
| 07/19/2007 | 6 | MOTION to Transfer Venue and subject thereto ANSWER and affirmative defenses to 1 Complaint with Jury Demand by all defendants, filed. Motion Docket Date 8/8/2007. (Attachments: # 1 Proposed Order) (McFarland, D) Modified on 7/25/2007 (rkonieczny). (Entered: 07/19/2007) |
| 08/03/2007 | 7 | CERTIFICATE OF INTERESTED PARTIES by Defendants, filed. (McFarland, D) (Entered: 08/03/2007) |
| 08/29/2007 | 8 | Unopposed MOTION to Stay *of Proceedings Pending Transfer to Federal MDL* by all defendants, filed. Motion Docket Date 9/18/2007. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order Granting Stay)(McFarland, D) (Entered: 08/29/2007) |
| 08/30/2007 | 9 | ORDER STAYING CASE Granting 8 Unopposed MOTION to Stay *of Proceedings Pending Transfer to Federal MDL*.( Signed by Judge Gray H. Miller ) Parties notified.(rkonieczny) (Entered: 08/30/2007) |
| 09/06/2007 | 10 | JPML CONDITIONAL TRANSFER ORDER (1) (certified copy) transferring case to District of Rhode Island to be included in MDL Docket No. 1842. (kmurphy, ) (Entered: 09/06/2007) |

| | | |
|---|---|---|
| 09/06/2007 | | Certified pdf copies of the complaint and docket sheet forwarded via email to the District of Rhode Island. (kmurphy, ) (Entered: 09/06/2007) |